# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on April 8, 2015, the cause upon appeal to revise or reverse your judgment between

Endura Advisory Group Ltd., Appellant

V.

Dominic Altomare, Josh Reneau, Appellee

No. 04-14-00889-CV and Tr. Ct. No. 2014-CI-11780

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Dominic Altomare, recover his costs of this appeal from appellant, Endura Advisory Group, Ltd.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 17, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00889-CV

**Endura Advisory Group Ltd.**

**v.**

**Dominic Altomare, Josh Reneau**

(NO. 2014-CI-11780 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REPORTER'S RECORD | $96.00 | PAID | INTERVENOR |
| CLERK'S RECORD | $77.00 | PAID | |
| REPORTER'S RECORD | $253.00 | PAID | |
| FILING | $100.00 | E-PAID | GAY GUERINGER |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | GAY GUERINGER |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | GAY GUERINGER |
| INDIGENT | $25.00 | E-PAID | GAY GUERINGER |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 17, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853